IN THE MATTER OF THE ATTORNEY-GENERAL *v.* THE CONTINENTAL LIFE INSURANCE COMPANY. — Two appeals. Order affirmed, with ten dollars costs and printing disbursements in each case. Opinion by BOARDMAN, J.

CATHARINE KANE, *Respondent,* *v.* ANSEL K. PRENTICE and CATHERINE PRENTICE, *Appellants.*— Re-argument ordered.

HOWKIN BEARDSLEE, *Appellant,* *v.* EDWIN R. LAWRENCE, *Respondent.* — Four cases. Orders affirmed, with ten dollars costs and printing disbursements, on opinion of Justice OSBORN at Special Term. BOARDMAN, J., dissents.

SAMUEL S. BLISS, *Respondent,* *v.* ROYAL L. JOHNSON and ABNER JOHNSON, *as Administrators, etc.,* *Appellants.* — Judgment and order affirmed, with costs, upon opinion at Special Term.

ELIZA PIERCE, *Appellant,* *v.* HELEN A. LONG, *Respondent.*— Judgment reversed and new trial ordered, costs to abide event Opinion by BOARDMAN, J.

EDMUND C. ALGER, *by his Guardian, Appellant,* *v.* JOSEPH C. ALGER, *Respondent* — Judgment affirmed, with costs. Opinion by BOCKES, J.

ELIJAH B. SMITH, *Appellant,* *v.* FREDERICK C. LOWMAN, *Respondent, Impleaded, etc.*— Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

HENRY C. SPAULDING, *Appellant,* *v.* MARCUS M. KNOWLES and JOHN H. REDEKER, *Respondents.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

IRA LAWRENCE, *Appellant,* *v.* JERVIS LAWRENCE, *Respondent.* — Judgment affirmed, with costs.

GILBERT C. PLACE, *Respondent,* *v.* HENRY B. CAVERLY and GEORGE W. YOUNG, *Appellants.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

CASPER J. HALLENBECK, *Respondent,* *v.* JOHN P. COLLIER, *Appellant.*—Judgment affirmed, with costs. Opinion by LEARNED, P. J.

JOB G. VIALL and WILLIAM JOHNSON, *Respondents,* *v.* ELIZABETH DATER, *Appellant, Impleaded, etc.* — Judgment reversed and new trial granted, reference discharged, costs to abide event. Opinion by LEARNED, P. J.

DAVID BAILEY, *Respondent,* *v.* MYRON ENNIS, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

ORNAN STIMPSON, *Respondent,* *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

JOHN BOODY, *Appellant,* *v.* JORDAN REXFORD, *Respondent.* — Judgment reversed, and new trial ordered, costs to avide event. Opinion by LEARNED, P. J.